# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America,<br>      Plaintiff,<br>v.<br>REGINALD CHESTNUT,<br>      Defendant.<br>_____/ | **ORDER OF DETENTION PENDING TRIAL**<br><br><br>Case Number: 10-30036 |

In accordance with the Bail Reform Act, 18 U.S.C. §3142(f), a detention hearing has been held. I conclude that the following facts require the detention of the defendant pending trial in this case.

### Part I – Findings of Fact

❏ (1) I find that:
  ❏ there is probable cause to believe that the defendant has committed an offense
  ❏ for which a maximum term of imprisonment of ten years or more is prescribed in 21 U.S.C. § 841 or 846;
  ❏ under 18 U.S.C. § 924(c).

❏ (2) I further find that the defendant has not rebutted the presumption established by finding that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

### Alternative Findings

✓ I find that the government has established by a preponderance of the evidence that there is a serious risk that the defendant will not appear.

✓ I find that the government has established by clear and convincing evidence that there is a serious risk that the defendant will endanger the safety of another person or the community.

### Part II – Written Statement of Reasons for Detention

✓ I find that the credible testimony and information submitted at the hearing established the following factors under 18 U.S.C. § 3142(g):
  ✓ (a) nature of the offense - Complaint charges Felon in Possession of Firearm; Possession with Intent to Distribute Controlled Substance; and Possession of Firearm During a Drug Trafficking Offense.
  ✓ (b) weight of the evidence - The evidence is very strong.
  ✓ (c) history and characteristics of the defendant -
    ✓ 1) physical and mental condition - Defendant is chronic marijuana abuser. He also has a bi-polar disorder; residual effects of gunshot injury.
    ✓ 2) employment, financial, family ties - Has family ties; no job; minimal assets.
    ✓ 3) criminal history and record of appearance - Long history of violent crime (murder, assault, B&E) and drug offenses. Six felony convictions.
  ❏ (d) probation, parole or bond at time of the alleged offense -
  ✓ (e) danger to another person or community -

This defendant is charged with several drug/weapons offenses. He has a long history of violent and drug related crimes. He suffers from a bi-polar disorder and chronic marijuana abuse. After 6 felony convictions, including murder, CCW and felony firearms, he was utilizing a firearm in connection with drug distribution activity. Based on the Pretrial Services report, he would be facing a mandatory minimum 15 years imprisonment upon conviction. I view him as a flight risk and a danger to the community. Pretrial Services recommends detention. I agree.

### Part III – Directions Regarding Detention

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

| | |
|---|---|
| Date: January 28, 2010 | s/Donald A. Scheer<br>*Signature of Judge*<br>Donald A. Scheer, United States Magistrate Judge<br>*Name and Title of Judge* |